IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                      4:94cr4046-WS

WASEEM MINHAS and                           4:06cv227-WS
NAVEEN MINHAS,

        Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 80) docketed December 26, 2007. The magistrate judge recommends that the defendants' petitions for writs of error *coram nobis* be denied. The defendants have filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 80) is hereby ADOPTED and incorporated by reference into this order.

2.  The defendants' petitions for writs of error *coram nobis* (docs. 55 & 65) are DENIED.

3.  The clerk shall enter judgment accordingly and shall close Case No. 4:06cv227-WS.

DONE AND ORDERED this  28th  day of  January , 2008.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE